DOCUMENT 1

FILED
2017 Jun-13 PM 04:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

CV 17-41

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93 Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT – CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number<br>C V<br>Date of Filing: 05 03 2017 (Month Day Year)<br>Judge Code: |
|---|---|---|

## GENERAL INFORMATION

IN THE CIRCUIT COURT OF JEFFERSON (BESSEMER), ALABAMA
(Name of County)

Rayshun Walker (Plaintiff) v. Federal Express Corporation (Defendant)

First Plaintiff ☐ Business ☒ Individual ☐ Government ☐ Other
First Defendant ☒ Business ☐ Individual ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: ____________

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☒ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN** (*check one*): F ☒ INITIAL FILING A ☐ APPEAL FROM DISTRICT COURT O ☐ OTHER: ____________
R ☐ REMANDED T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☒ YES ☐ NO Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☒ MONETARY AWARD REQUESTED ☐ NO MONETARY AWARD REQUESTED

ATTORNEY CODE: ☐☐☐☐☐☐ 5/3/17 (Date) [signature] Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☒ NO ☐ UNDECIDED



| State of Alabama<br>Unified Judicial System<br><br>Form C-10<br>Page 1 of 2 Rev.2/95 | **AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER** | Case Number<br>CV 17-41 |
|---|---|---|

IN THE ______________ COURT OF ______________, ALABAMA
(Circuit, District, or Municipal) (Name of County or Municipality)

STYLE OF CASE: RAYSHUN WALKER v. ______________
Plaintiff(s) Defendant(s)

TYPE OF PROCEEDING: ______________ CHARGE(s) (if applicable): ______________

☑ **CIVIL CASE**-- I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

☐ **CIVIL CASE**-- (such as paternity, support, termination of parental rights, dependency) – I am financially unable to hire an attorney and I request that the court appoint one for me.

☐ **CRIMINAL CASE**-- I am financially unable to hire an attorney and request that the court appoint one for me.

☐ **DELINQUENCY/NEED OF SUPERVISION**-- I am financially unable to hire an attorney and request that the court appoint one for my child/me

**AFFIDAVIT**

SECTION 1.

1. INDENTIFICATION
   Full name Rayshun Walker Date of Birth 09/12/1985
   Spouse's full name (if married) ______________
   Complete home address 3513 Burlington Drive, Fultondale, AL 35203

   Number of people living in household 4
   Home telephone number (205) 706-5065
   Occupation/Job Unemployed Length of employment ______________
   Driver's license number 7392713 *Social Security Number ______________
   Employer ______________ Employer's telephone number ______________
   Employer's address ______________

FILED IN OFFICE
MAY 03 2017
CIRCUIT CLERK
BESSEMER DIVISION
JEFFERSON COUNTY, ALABAMA

2. ASSISTANCE BENEFITS
   Do you or anyone residing in your household receive benefits from any of the following sources? *(if so, please check those which apply)*
   ☐ AFDC ☐ Food Stamps ☐ SSI ☐ Medicaid ☑ Other Unemployment

3. INCOME/EXPENSE STATEMENT

Monthly Gross Income:

| | |
|---|---|
| Monthly Gross Income | $ |
| Spouse's Monthly Gross Income *(unless a martial offense)* | |
| Other Earnings: Commissions, Bonuses, Interest Income, etc. | |
| Contributions from Other People Living in Household | |
| Unemployment/Workmen's Compensation, Social Security, Retirements, etc. | $940.00 |
| Other Income *(be specific)* ______________ | |
| TOTAL MONTHLY GROSS INCOME | $ $940.00 |

Monthly Expenses:

| A. Living Expenses | $ |
|---|---|
| Rent/Mortgage | 860.00 |
| Total Utilities: *Gas, Electricity, Water, etc* | 540.00 |
| Food | 100.00 |
| Clothing | |
| Health Care/Medical | |
| Insurance | 200.00 |
| Car Payment(s)/Transportation Expenses | 515.00 |
| Loan Payment(s) | 1,115.00 |

*OPTIONAL

DOCUMENT 2

Form C-10 Page 2 of 2 Rev.2/95

## AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER

Monthly Expenses:(cont'd page1)

Credit Card Payment(s) 500.00

Educational/Employment Expenses ______

Other Expenses (be specific) ______

**Sub-Total** A $ 3,830.00

B. Child Support Payment(s)/Alimony $______

**Sub-Total** B $______

C. Exceptional Expenses $______

**TOTAL MONTHLY EXPENSES (add subtotals from A & B monthly only)** $ 3,830.00

**Total Gross Monthly Income Less total monthly expenses:**

**DISPOSABLE MONTHLY INCOME** $ -2,890.00

4. LIQUID ASSETS:

Cash on Hand/Bank (*or otherwise available such as stocks, bonds, certificates of deposit*) $______

Equity in Real Estate (value of property less what you owe) ______

Equity in Personal Property, etc. (such as the value of motor vehicles, stereo, VCR, furnishing, jewelry, tools, guns, less what you owe) ______

Other (*be specific*)

Do you own anything else of value? ☐ Yes ☐ No (land, house, boat, TV, stereo, jewelry) ______

If so, describe ______

**TOTAL LIQUID ASSETS** $______

5. Affidavit/Request

I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provide by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel,

Sworn to and subscribed before me this

MY COMMISSION EXPIRES NOVEMBER 4, 2020

3 day of May, 2017

[signature]
Judge/Clerk/Notary

[signature]
Affiant's Signature

RAYSHUN WALKER
Print or Type Name

## ORDER OF COURT

**SECTION II**

IT IS THEREFORE, ORDERED, AND ADJUDGED BY THE COURT AS FOLLOWS:

☐ Affiant is not indigent and request is DENIED.

☐ Affiant is partially indigent and able to contribute monetarily toward his/her defense; therefore defendant is ordered to pay $______ towards the anticipated cost of appointed counsel. Said amount is to be paid to the clerk of court or as otherwise ordered and disbursed as follows: ______

☐ Affiant is indigent and request is GRANTED.

☐ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that ______ is hereby appointed as counsel to represent affiant.

IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.

Done this______ day of ______

______
Judge

DOCUMENT 1

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev 6/88 | **SUMMONS**<br>**-CIVIL-** | Case Number<br>CV 17-41 |
|---|---|---|

IN THE Circuit COURT OF Jefferson (Bessemer) COUNTY

Plaintiff Rayshun Walker v. Defendant Federal Express Corporation

NOTICE TO Federal Express Corporation
7900 Legacy Drive, Plano, TX 75024

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY Rayshun Walker (pro se plaintiff) WHOSE ADDRESS IS 205 20th Street North Suite 521
BHM, AL 35203.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 14 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:**

[X] You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

FILED IN OFFICE

[ ] Service by certified mail of this summons is initiated upon the written request of ________ pursuant to the Alabama Rules of Civil Procedure.

MAY 03 2017
CIRCUIT CLERK
BESSEMER DIVISION
JEFFERSON COUNTY, ALABAMA

Date ____________ Clerk/Register ____________

[ ] Certified Mail is hereby requested.

Plaintiff's/Attorney's Signature [signature]

RETURN ON SERVICE:

[ ] Return receipt of certified mail received in this office on ____________ (Date).

[ ] I certify that I personally delivered a copy of the Summons and Complaint to ____________ in ____________ County, Alabama on ____________ (Date).

Date ____________

Server's Signature ____________

Type of Process Server ____________

Address of Server ____________

Phone Number of Server ____________

DOCUMENT 3

**IN THE UNITED STATES DISTRICT COURT**
**FOR JEFFERSON COUNTY (BESSEMER)**

| | | |
|---|---|---|
| **Rayshun Walker,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: CV-2017-41 |
| | ) | |
| Federal Express Corporation | ) | |
| | ) | |
| Defendant. | ) | |

FILED IN OFFICE
MAY 03 2017
CIRCUIT CLERK
BESSEMER DIVISION
JEFFERSON COUNTY, ALABAMA

---

**Notice of Claim**

---

**Part 1: STATEMENT OF FACTS**

1. The Plaintiff, Rayshun Donyale Walker (hereinafter the "Plaintiff") is a pro se resident of Birmingham, AL. The Plaintiff's primary address is 205 20th Street North, Suite 521, Birmingham, AL 35203
2. The Defendant, Federal Express Corporation (hereinafter the "Defendant") is a company incorporated under the laws of Alabama and is registered as a foreign corporation with the principal address of 7900 Legacy Drive, Plano, TX 75024
3. Pursuant to the agreement between the defendant and Apple Inc., on behalf of the Plaintiff, Apple Inc. utilized the shipping services of the defendant. The services included, but was not limited to, delivering the Plaintiff's laptop computer to Birmingham, AL.
4. Pursuant to the agreement between the defendant and Apple Inc., on behalf of the Plaintiff, the services included the requirement of a direct signature from the Plaintiff for the shipment.
5. Apple, Inc. expressly or by implication made it known to the defendant and its representatives, the particular purpose for which the direct signature was required. Particulars of which included, but are not limited to:
    a. The importance of the data on the laptop.
    b. The astronomical cost and inconvenience of recreating the data on the laptop.
    c. If product was to become lost or stolen, the inability to retrieve data from the laptop.
6. The Plaintiff relied on Federal Express Corporation, its skill and judgment, and that of Federal Express Corporation's representatives.
7. The Defendant is an international courier, amongst numerous other couriers. The Defendant is marketed as the industry leader and shipping innovator.
8. At or about 2:55pm (Central Time) on February 10, 2017, Plaintiff received an email that Federal Express Corporation tracking system indicated the package as delivered.
9. Plaintiff requested the defendant to provide a Proof-of-Delivery summary sheet for the shipment.
10. On or about 1:08PM (Central Time) February 24, 2017, Plaintiff received Proof-of-Delivery correspondence showing a direct signature was received by the defendant.
11. Plaintiff and its representatives, vigorously deny signing for or receiving the shipment.

12. The abandonment of the shipment, which invariably destroyed the stored data, amounts to a fundamental and total breach of contract. The breach destroyed the workable character of a direct signature being required.
13. In an effort to mitigate, the plaintiff has replaced the unit with a similar unit---a relief that is part of this claim.
14. Furthermore, historical data has been lost.
15. As a result of breach of contract and negligence of Federal Express Corporation and its employees or as the case may be, the Plaintiff has suffered losses, including cost of replacement devices and loss of data, particulars of which will be delivered as requested and at trial.
16. As a further result of the breach of contract and negligence of Federal Express Corporation and its employees or as the case may be, the Plaintiff has suffered and continues to suffer certain special damages, particulars of which will be delivered as requested and available.

**Part 2: RELIEF SOUGHT**

17. Cost of the MacBook Pro $3,800.00
18. Financial compensation for loss of data $5,000.00
19. Loss of use damages $15,000.00
20. Such further and other relief as the Honorable Court may deem just.

**Part 3: LEGAL BASIS**

**Breach of Contract**

21. The Plaintiff claims against Federal Express Corporation for breach of contract "to receive a direct signature" as implicated in the service agreement.
22. The Plaintiff claims against Federal Express Corporation for unethical and fabricated facts surrounding its claim.

**Sale of Goods/Service**

23. The Plaintiff claims against Federal Express Corporation for breach of contract to receive a direct signature as implicated in the service agreement.
24. The Plaintiff claims against Federal Express Corporation for unethical and fabricated facts surrounding its claim.

**Business Practices and Consumer Protection Act**

25. The Plaintiff further relies on the Business Practices and consumer Protection Act.
26. The FTC's Bureau of Consumer Protection stops unfair, deceptive and fraudulent business practices, developing rules to maintain a fair marketplace.
27. Section 1(b) of the FTC's Bureau of Consumer Protection stipulate that the supplier must not commit or engage in a deceptive act or practice in respect to a transaction.
28. Section 4(1) of the FTC's Bureau of Consumer Protection defines "deceptive act or practices" as an oral, written, visual, descriptive or other representation by a supplier, including conduct by a supplier, that has the capability, tendency or effect of deceiving or misleading a consumer or guarantor.
29. Section 5(2) of the FTC's Bureau of Consumer Protection set out the remedies and damages available under the Act.

**Negligence**

30. The Plaintiff claims against Federal Express Corporation for negligent delivery and service of the shipment.
31. The Plaintiff relies on the law of negligence.
32. The defendant owed a duty to the Plaintiff. The negligence is both subjective and objective. The defendant knowingly exposed the Plaintiff to a substantial risk of loss thus breaching its duty.
33. The defendant who failed to realize the substantial risk of loss to the Plaintiff. *United States v. Carroll Towing Co.* 159 F.2d 169 (2d. Cir. 1947)
34. The Defendant has shown particular acts or omissions were it cause the loss and damages sustained.
35. Even more precisely, the breaching of "the service agreement" materially increased the risk of harm to the property.

Plaintiff reserves the right to add to its initial Notice of Claim.

Dated this 3RD day of May, 2017.

Rayshun Walker, Pro Se Plaintiff

DOCUMENT 4

ELECTRONICALLY FILED
5/25/2017 9:18 AM
68-CV-2017-000041.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
KAREN DUNN BURKS, CLERK

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**BESSEMER DIVISION**

| | | |
|---|---|---|
| WALKER RAYSHUN,<br>Plaintiff, | ) | |
| V. | ) | Case No.: CV-2017-000041.00 |
| FEDERAL EXPRESS CORPORATION,<br>Defendant. | ) | |

**ORDER**

It is hereby Ordered and Adjudged By the Court that Affiant is indigent and the request is granted. The docket and service fees are initially waived and shall be taxed as costs at the conclusion of this case.

**DONE this 25th day of May, 2017.**

**/s/ ANNETTA H VERIN**
**CIRCUIT JUDGE**