FILED
2017 Jun-19 PM 02:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **RAYSHUN WALKER** )<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**FEDERAL EXPRESS CORPORATION** )<br>)<br>**Defendant.** )<br>) | **Case No.: 2:17-cv-00995-JHE** |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Federal Express Corporation ("FedEx Express") certifies the following:

1. The parent company of FedEx Express is FedEx Corporation.

2. FedEx Express is a wholly owned subsidiary of FedEx Corporation. FedEx Corporation is a publicly held company.

Dated this 19th day of June, 2017.

Respectfully Submitted,

*/s/ Rachel R. Friedman*
Reid S. Manley (MAN039)
Rachel Friedman (FRI045)

29908080 v1

        **BURR & FORMAN LLP**
        420 North 20th Street, Suite 3400
        Birmingham, Alabama  35203
        Telephone: (205) 251-3000
        Facsimile: (205) 458-5100
        rmanley@burr.com
        rfriedman@burr.com

        *Attorneys for Federal Express Corporation*

## CERTIFICATE OF SERVICE

I, do hereby certify, that a true and correct copy of the foregoing document was electronically filed using the Court's CM/ECF system and sent via FedEx Express, this the 19th day of June, 2017, to:

    Rayshun Walker
    205 20th Street N.
    Suite 521
    Birmingham, AL 35203


        */s/ Rachel R. Friedman*
        OF COUNSEL